IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOIS A. SOLI,

   Plaintiff,

v. : CIVIL ACTION NO. 08-3483

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

   Defendant.

**ORDER**

AND NOW, this 21 day of July, 2010, upon consideration of plaintiff Lois A. Soli's request for review (docket no. 15), the Commissioner's response thereto (docket no. 18), and plaintiff's reply (docket no. 19), and after careful and independent review of the magistrate judge's Report and Recommendation (docket no. 22), the Commissioner's objections thereto (docket no. 23), and plaintiff's response (docket no. 24), **IT IS HEREBY ORDERED** that:

1. the Commissioner's objections are **OVERRULED**;

2. the Report and Recommendation of United States Magistrate Judge Henry S. Perkin is **APPROVED AND ADOPTED**;

3. plaintiff's request for review is **GRANTED**; and

3. the matter is **REMANDED** to the Commissioner of Social Security to allow the Administrative Law Judge ("ALJ") to conduct further proceedings consistent with the accompanying memorandum.

_____
William H. Yohn Jr., Judge